Form 1

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only. | DOCKET NO. 1405SC0037 | TRIAL COURT OF MASSACHUSETTS SMALL CLAIMS SESSION |

**PART 1**
☐ BOSTON MUNICIPAL COURT
☒ DISTRICT COURT — Civil Division
☐ HOUSING COURT — Division

**PART 2** — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
filip grad
PO BOX 2927, Kingston, NY 12402
PHONE NO: 917 455 4109

PLAINTIFF'S ATTORNEY (if any)
Name:
Address:
PHONE NO:     BBO NO:

**PART 3** — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
Paolo Ramos
Building 11, 2 Service Road, 3rd floor
East Boston, MA 02128

ADDITIONAL DEFENDANT (if any)
Name:
Address:
PHONE NO:

**PART 4** — PLAINTIFF'S CLAIM. The defendant owes $ 900 plus $ 50 court costs for the following reasons:
Give the date of the event that is the basis of your claim.

The defendant ran over my dog. This occurred on 6/21/2014. The defendant refuses to talk to me. I paid $900 for my dog.

SIGNATURE OF PLAINTIFF X by filip     DATE 7/14/14

**PART 5** — MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6** — MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military
X by: filip   7/14/14
SIGNATURE OF PLAINTIFF   DATE

**NOTICE OF TRIAL — NOTICE TO PLAINTIFF:**
You have sued the above defendant in Small Claims Court. You are directed to appear for trial of this matter on the date and time noted to the right.
You should call the court prior to the hearing date to learn whether the defendant's notice of trial was delivered and whether the defendant has filed an answer.
SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT

DATE AND TIME OF TRIAL
Nov. 4, 2014 9:00
DATE   AT   TIME
ROOM NO.

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED — COURT USE ONLY

FIRST JUSTICE     CLERK-MAGISTRATE OR DESIGNEE

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.
ATENCIÓN: ESTE ES UN AVISO OFICIAL DE LA CORTE SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

JUL 1 C 2013

| NOTICE OF NEXT EVENT | DOCKET NUMBER<br>1405SC000537 | Trial Court of Massachusetts<br>BMC Department |
|---|---|---|

CASE NAME: Filip Grad v. Paulo Ramos

ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED

Paulo Ramos
Building 11
2 Service Road, 3rd Floor
Boston, MA 02128

COURT NAME & ADDRESS

BMC East Boston
37 Meridian Street
East Boston, MA 02128-2802

NEXT COURT EVENT

First Appearance in Trial Session (CV)

11/04/2014 at 09:00 AM

2nd Session SC/SP

JUDGE OR MAGISTRATE (if already assigned)

A C-M Vincent Capolupo

^^^   COUNSEL FOR ALL PARTIES (OR PRO SE PARTY)   ^^^
MUST APPEAR ON THE DATE & TIME SHOWN ABOVE

TO THE PARTIES TO THIS CASE:

The nature, date and time of the next scheduled event concerning this case is indicated above.

You are required to be present at this event.

If you have good reason to request the Court to reschedule this event for another date, such request must be made by motion in accordance with the applicable court rule. Please note that the granting of a continuance is not automatic even when all the parties agree.

Further Orders of the Court.

DATE ISSUED: July 18, 2014

CLERK-MAGISTRATE: Joseph R Faretra

014   www.mass.gov/courts   Date/Time Printed: 07-18-2014 09:48:47